United States District Court
Southern District of Texas

**ENTERED**
April 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LEONARD MAURICE SOLOMON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00238 |
| | § | |
| ERIC GUERRERO, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On March 27, 2026, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (D.E. 20), recommending that Respondent's motion to dismiss (D.E. 12) be granted and that this action be dismissed as barred by limitations. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); Special Order No. C-2023-1. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 20), and all other relevant

1 / 2

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court **GRANTS** Respondent's Motion to Dismiss (D.E. 12) and **DISMISSES** this action as time barred. In the event that Petitioner requests a certificate of appealability, that request is **DENIED**.

   **ORDERED** on April 27, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE